**Opinion issued February 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-12-01095-CV**

_____

**BELINDA DAWN TIDWELL, Appellant**

**V.**

**JOHN ARRELL ROBERSON, SR., Appellee**

---

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 09-05-19791**

---

**MEMORANDUM OPINION**

Appellant, Belinda Dawn Tidwell, has filed a motion to dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service, but

does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days

have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

2